```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 27003
   MELVIN HOOD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0898


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/08/2008 and was not confirmed.

     The case was dismissed without confirmation 01/29/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE        SECURED VEHIC    19700.00          .00           .00
CHASE AUTO FINANCE        UNSECURED          366.52          .00           .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC    11800.00          .00           .00
AMERICREDIT FINANCIAL SV  UNSECURED          720.82          .00           .00
CASHCALL INC              UNSECURED         2298.64          .00           .00
CHARTER ONE BANK          UNSECURED        NOT FILED         .00           .00
KINZIE REALTY CORP        NOTICE ONLY      NOT FILED         .00           .00
MARGARET HOOD             NOTICE ONLY      NOT FILED         .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------      --------------
TOTALS                       .00                    .00




                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 27003 MELVIN HOOD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```